IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NORRIS MICHAEL THOMAS,

    Petitioner,

v.                                         CASE NO. 1:05-cv-00047-MP-WCS

JAMES McDONOUGH,
FLORIDA PAROLE COMMISSION,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 37, Amended Motion for Certificate of Appealability.  Because the Court has already issued an order in Doc. 32 denying a Certificate of Appealability in this case, the Court construes Petitioner's motion as one for relief in accordance with Rule 60(b) of the Federal Rules of Civil Procedure.  Petitioner, however, addresses no new issues, facts, or arguments in his motion which would warrant the requested relief.  Accordingly, Petitioner's motion to reconsider is DENIED.

    **DONE AND ORDERED** this   _1st_  day of September, 2006

                                    *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge